# Exhibit A

**GRAYSON O COMPANY**
**POST-CONFIRMATION CASH PROJECTION**
**(90 Days Post-Confirmation)**

| Income Item | Amount |
|---|---:|
| Available Cash at Confirmation | $800.00 |
| Anticipated Collections During Period | $4,000.00 |
| **Total Available** | **$4,800.00** |

| Expense Item | Monthly |
|---|---:|
| Utilities | $1,500.00 |
| Payroll | $0.00 |
| Expense Reimbursements | $600.00 |
| Professional Fees | $0.00 |
| **Total for Period** | **$2,100.00** |