# Exhibit B

# GRAYSON O COMPANY
## HYPOTHETICAL LIQUIDATION ANALYSIS

|  | Gross | % Realizable | Amount Realizable |
|---|---|---|---|
| Cash/Cash Equivalents | $4,200 | 100% | $4,200 |
| Accounts Receivable | $10,000 | 50% | $5,000 |
| Equipment | $393,000 | 70% | $275,100 |
| Truck | $54,000 | 70% | $37,800 |
| Intellectual Property (de minimis) | $0 | N/A | $0 |
| Causes of Action | $0 | N/A | $0 |
| **Total realizable assets** | | | **$322,100** |
| Less: Secured portion of secured debt | | | ($32,433)[1] |
| **Net assets** | | | **$289,667** |
| Less: Liquidation costs (statutory trustee commission, brokerage fees) | | | ($72,670)[2] |
| Less: Chapter 7 administrative fees | | | ($20,000) |
| Less: Chapter 11 administrative claims | | | ($30,000)[3] |
| **Net available for distribution to priority unsecured creditors** | | | **$166,997** |
| Less: Priority unsecured claims | | | ($47,996) |
| **Net available for distribution to general unsecured creditors** | | | **$119,001** |
| Less: General unsecured claims | | | ($1,583,117)[4] |
| **Net available for distribution after unsecured liabilities** | | | **$0** |

| | |
|---|---|
| Estimated Recovery to Unsecured Creditors in Chapter 7: | 7.5% |
| Estimated Recovery to Unsecured Creditors Under Plan:[5] | 12.0% |

---

[1] Includes secured claim of FMC on vehicle; assumes Newtek blanket lien is satisfied in GRE Sale and no additional liens on Estate property.
[2] Includes statutory Chapter 7 trustee's commission and 15% commission on equipment sale.
[3] Includes unpaid administrative fees of Debtor's counsel and Subchapter V Trustee.
[4] Includes known General Unsecured Claims and estimated Unsecured Deficiency Claims.
[5] Pursuant to the Plan, the Estate does not incur Chapter 11 administrative claims, Chapter 7 administrative fees, or a statutory Chapter 7 trustee's commission.